

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Kathleen Furey McDonough**
**Partner, Chair of the Firm**
kmcdonough@potteranderson.com
302 984-6032 Direct Phone
302 658-1192 Fax

November 17, 2023

**VIA CM/ECF**
The Honorable Maryellen Noreika
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
Unit 19, Room 4324
844 N. King Street
Wilmington, DE 19801-3555

      Re:   *Matthew Morrison v. The Nemours Foundation*,
            <u>C.A. No. 22-1576-MN (D. Del.)</u>

Dear Judge Noreika:

      This office represents Defendant The Nemours Foundation ("Nemours") in the above-referenced action.

      Pursuant to Standing Order No. 2022-2, I write on behalf of the parties to request referral of this matter to a magistrate judge for the purpose of alternative dispute resolution. The parties jointly request that, if possible, mediation be scheduled for mid-December, or the earliest date possible thereafter.

      Based on the depositions and discovery to date, counsel have conferred and determined, with the agreement of their clients, that the interests of the parties are best served if their time and efforts are focused on resolution of this case. Therefore, the parties believe that it will be most efficient to postpone the remaining depositions in this case to preserve the parties' resources for a potential resolution.

      Accordingly, the parties will file a proposed stipulation and order seeking the Court's approval of new deadlines for fact discovery and case dispositive motions. The proposed new deadlines, set forth below for reference, are intended to allow the parties to suspend the completion of depositions until after mediation, while maintaining four months for the Court to consider case dispositive motions before the current trial date of July 22, 2024.

The Honorable Maryellen Noreika
United States District Court
  for the District of Delaware
November 17, 2023
Page 2

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | 11/29/2023 | 01/19/2024 |
| Case Dispositive Motions – Opening Briefs | 01/19/2024 | 02/09/2024 |
| Case Dispositive Motions – Answering Briefs | 02/16/2024 | 03/08/2024 |
| Case Dispositive Motions – Reply Briefs | 03/01/2024 | 03/22/2024 |

     The parties propose, with the Court's permission, that all other dates in the Scheduling Order (D.I. 11), as amended (D.I. 24), remain unchanged.

Respectfully,

*/s/ Kathleen Furey McDonough*

Kathleen Furey McDonough
Del. Bar. No. 2395

cc:  Martin D. Haverly, Esq. (via CM/ECF)

11169868