# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW MORRISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No.: 22-1576-JLH ) |
| THE NEMOURS FOUNDATION, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

For the reasons stated in the Court's Memorandum Order of January 16, 2025 (D.I. 87), IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant The Nemours Foundation and against Plaintiff Matthew Morrison.

Dated: January 16, 2025

_____
The Honorable Jennifer L. Hall
United States District Judge